464 A.2d 522

Commonwealth v. Swiggett, Appellant.

Submitted May 4, 1983. Elaine DeMasse, Assistant Public Defender, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before McEWEN, CIRILLO and HOFFMAN, JJ.

Affirmed.

464 A.2d 523

Commonwealth v. Thompson, Appellant.

Submitted December 6, 1982. John M. McAllister, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, WICKERSHAM and LIPEZ, JJ.

Order affirmed.